UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 3:12-CR-108 RLM |
| | ) | |
| SANDRA ALFARO | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on April 11, 2013 [Doc. No. 36]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Sandra Alfaro's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Indictment, in violation of 8 U.S.C. § 1324 and 18 U.S.C. § 1349.

SO ORDERED.

ENTERED:  May 2, 2013

　　　　　　　　　　　　　　　　　　　　 /s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　　United States District Court